**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE:                                                    Case No.:      3:10-BK-34786-KRH
                                                          Chapter 13
**Edward & Debra Verbeeck**
       **Movants/Debtors,**

**v.**

**David Daly**
       **Respondent/Claimant.**

**ORDER ON MOTION TO RESTRICT PUBLIC ACCESS**

    **THIS CAUSE** coming before the undersigned Judge presiding over the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, pursuant to the Motion To Restrict Public Access; and

    **IT APPEARING** that this court has jurisdiction over the parties and over the subject matter of this motion; and

    **IT FURTHER APPEARING** that all parties in interest received notice of this motion;

    **IT FURTHER APPEARING** that the attachments to Proof of Claim 19 filed by David Daly contains private information that should not have been divulged to the general public; and

**IT IS THEREFORE ORDERED AS FOLLOWS**:

    The Clerk of this Court shall immediately disable public access to Proof of Claim number 19 filed by

    David Daly on November 4, 2010.

DATED: _____            _____
                                  United States Bankruptcy Judge
                                  Eastern District of Virginia Richmond Division

                                  Entered on Docket

I ask for this:

/s/ Mitchell P. Goldstein
Mitchell P. Goldstein, Esq. VSB#40613
Counsel for Movant/Debtor
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4358 office 804-673-4350 fax
mgoldstein@krumbeinlaw.com


### CERTIFICATION PURUSANT TO LBR 9022-1

I hereby certify that on this 8th day of November 2010, a true and correct copy of the foregoing Order was served on or endorsed by all necessary parties via electronic delivery and/or first-class mail, postage pre-paid to all parties in interest.


/s/ Mitchell P. Goldstein, Esq.
Mitchell P. Goldstein, Esq., 40613